```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION


SERDAR TATAR,                    )
                                 )
         Plaintiff,              )
                                 )
v.                               )    No. 23-cv-2023-SHM-tmp
                                 )
EDU OFFICER (F/N/U) GRIFFIN,     )
ET AL.,                          )
                                 )
         Defendants.             )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order docketed on October 23, 2023.

# APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 23 , 2023                    WENDY R. OLIVER
DATE                                 CLERK

                                      */s/  Jairo Mendez*
                                     (By) DEPUTY CLERK